UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURWANT SINGH,

                Petitioner,

    v.

JEH JOHNSON, et al.,

                Respondents.

CASE NO. C16-0072-RAJ-MAT

REPORT AND RECOMMENDATION

Petitioner Gurwant Singh, who is represented by counsel, initiated this 28 U.S.C. § 2241 habeas action to obtain release from immigration detention and stay his imminent removal to India. On January 15, 2016, the Court granted a temporary stay of removal and ordered that respondents be served. (Dkt. 3.) On March 20, 2016, petitioner moved to voluntarily dismiss this action without prejudice and without an award of costs or fees to either party. (Dkt. 12.) The motion is unopposed. Accordingly, the Court recommends entering an Order (1) granting petitioner's motion to dismiss (Dkt. 12), (2) dismissing this matter without prejudice and without an award of costs or fees to either party, and (3) vacating the temporary stay of removal. A proposed Order accompanies this Report and Recommendation.

/ / /

REPORT AND RECOMMENDATION
PAGE - 1

The Clerk should note the matter as immediately ready for the Honorable Richard A. Jones's consideration.

DATED this 22nd day of April, 2016.

Mary Alice Theiler
United States Magistrate Judge