UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURWANT SINGH,

                Petitioner,

v.

JEH JOHNSON, et al.,

                Respondents.

CASE NO. C16-0072-RAJ

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Cour adopts the Report and Recommendation;

2. Petitioner's motion to voluntarily dismiss this action (Dkt. 12) is GRANTED;

3. This action is DISMISSED without prejudice and without an award of costs or fees to either party;

4. The temporary stay of removal is VACATED; and

/ / /

/ / /

ORDER OF DISMISSAL
PAGE - 1

5. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 2nd day of May, 2016.

_____
The Honorable Richard A. Jones
United States District Court

ORDER OF DISMISSAL
PAGE - 2